UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN SIGNATURE, INC. and SEI, INC.,

                Plaintiffs,

- against -

MOODY'S INVESTORS SERVICES, INC., THE MCGRAW-HILL COMPANIES, INC., d/b/a Standard & Poor's Rating Services, and STANDARD & POOR'S FINANCIAL SERVICES, LLC,

                Defendants.

**ORDER**

10 Civ. 5095 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to the Court's Memorandum Opinion & Order (Dkt. No. 87) the Clerk of Court is directed to close the case.

Dated: New York, New York
       October 27, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge