UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN SIGNATURE, INC. and SEI, INC.,

                    Plaintiffs,

-against-                                     10 **CIVIL** 5095 (PGG)

## JUDGMENT

MOODY'S INVESTORS SERVICES, INC., THE
MCGRAW-HILL COMPANIES, INC., d/b/a Standard &
Poor's Rating Services, and STANDARD & POOR'S
FINANCIAL SERVICES, LLC,

                    Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 12, 2023 and the Court's Order dated October 27, 2023, Defendants' motion to dismiss Plaintiffs' First Amended and Supplemented Complaint is granted. Accordingly, the case is closed.

**Dated:** New York, New York

       October 30, 2023

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court

                        **BY:**

                                                          **Deputy Clerk**